IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 0 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:19-CR-15 |
| | § | JDK/JDL |
| CORDERRERO LAMOND FORREST | § | FILED UNDER SEAL |

BY
DEPUTY_____

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:   18 U.S.C. § 922(a)(6) (False Statement in Connection with Attempted Acquisition of a Firearm)

On or about the 23rd day of August, 2018, in Smith County, in the Eastern District of Texas, the defendant, **Corderrero Lamond Forrest**, in connection with his attempted acquisition of a firearm, that is, a Smith & Wesson, model SD40VE, .40 caliber, semi-automatic, pistol, from Academy Sports & Outdoors in Tyler, Texas, a licensed dealer, knowingly made a false and fictitious written statement to Academy Sports & Outdoors in Tyler, Texas, which statement was likely to deceive Academy Sports & Outdoors in Tyler, Texas, as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that he had not been convicted in any court of a misdemeanor crime of domestic violence, when in fact, as the defendant then well knew, he had been previously convicted of Assault

Indictment Page 1

Causes Bodily Injury Family Violence on July 6, 2010, in Cause No. 2010-0193, in the County Court at Law #1 in and for Gregg County, Texas,

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL,

*M.F.*

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
JIM NOBLE
ASSISTANT U. S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (facsimile)
Texas State Bar No. 15050100
James.Noble@usdoj.gov

03/20/2019
_____
Date

Indictment Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA     §
                              §

v.                                §    NO. 6:19-CR-___
                              §

CORDERRERO LAMOND FORREST   §

## **NOTICE OF PENALTY**

### **Count One**

Violation:           18 U.S.C. § 922(a)(6)
                           (False Statement in Attempt to Acquire Firearm)

Penalty:             A fine of not more than $250,000.00; imprisonment for not more than ten (10) years; a term of supervised release of not more than three (3) years.   18 U.S.C. § 924(a)(2).

Special Assessment:    $100

Indictment Page 3